# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*



FILED

SEP 17 2020

Clerk, U S District Court
District Of Montana
Billings

UNITED STATES OF AMERICA

vs.

**Rodrigo Gomez**　　　　　　　　　　　No.　**CR 20-28-BLG-SPW**

DOB: ____/2000　　　　　　　　　　**PETITION TO OPEN JUVENILE RECORDS**

SSN: XXX-XX-1802

Whereas the above-name defendant entered a plea of <u>Guilty</u> to the offense of <u>Possession of Stolen Firearms</u> in violation of 18 U.S.C. § 922(j) and the court having ordered a Pre-Sentence Investigation into the Defendant's background, the Petitioner requests all juvenile records pertaining to the Defendant, including Law Enforcement, County Probation, County Welfare, and Department of Institutions records, be made available.

_____
U.S. Probation Officer

September 17, 2020_____
Date

\* \* \* \* \* \* \* \* \* \*
**ORDER**
\* \* \* \* \* \* \* \* \* \*

THE COURT HAVING CONSIDERED THE AFOREMENTIONED PETITION; does hereby order the release of pertinent juvenile records held by any Law Enforcement Agency, Probation Office, Welfare Agency, or Department of Institutions to the Petitioner or authorized agency of the Adult Probation and Parole Officer.

_____
United States District Judge

Dated this _17th_ day of _September_ 2020.