IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | Case No. CR-20-28-BLG-SPW-2 |
|---|---|
| Plaintiff, | |
| vs. | **ORDER ALLOWING DEFENDANT TO APPEAR IN PERSON FOR SENTENCING HEARING** |
| RODRIGO GOMEZ, | |
| Defendant. | |

Upon the Defendant's Unopposed Motion for Leave to Appear in Person for Sentencing Hearing (Doc. 63), and for good cause appearing,

**IT IS HEREBY ORDERED** that the Defendant's motion is **GRANTED**. The sentencing hearing presently set VIA VIDEO from the Big Horn County Jail on Thursday, February 4, 2021 at 9:30 a.m. is **VACATED** and **RESET** to be held in-person on **Thursday, February 4, 2021 at 2:30 p.m.**, in the Snowy Mountains Courtroom of the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk of Court is to notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this _2nd_ day of December, 2020.

_Susan P. Watters_
SUSAN P. WATTERS
United States District Judge